UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANA HUME,

      Plaintiff(s),

v.

      Case No.07-10437
      HONORABLE AVERN COHN
      UNITED STATES DISTRICT JUDGE

CENTER FOR FORENSIC PSYCHIATRY,

      Defendant(s).
_____/

## ORDER GRANTING EX-PARTE MOTION TO STRIKE EXHIBIT F FROM COMPLAINT

Before the Court is the above referenced motion filed by the Plaintiff. The plaintiff seeks to have exhibit F stricken from the complaint and replaced with a redacted copy. The Court has reviewed the complaint and has determined that Exhibit F (D/E 1 pages 28-33 of the image) should be stricken. Therefore,

IT IS HEREBY ORDERED that the Clerk is directed to remove pages 28-33 from the docket.

IT IS FURTHER ORDERED that the Plaintiff re-file the redacted exhibit F.

SO ORDERED.


Dated: February 1, 2007        s/ Avern Cohn
                                    AVERN COHN
                                    UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, February 1, 2007, by electronic and/or ordinary mail.

                                    s/Julie Owens
                                  Case Manager, (313) 234-5160

Case 2:07-cv-10437-AC-RSW    Document 4    Filed 02/01/2007    Page 2 of 2