UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANA HUME,

       Plaintiff(s),

                                       Case No.07-10437

v.                                   HONORABLE AVERN COHN
                                       UNITED STATES DISTRICT JUDGE

CENTER FOR FORENSIC PSYCHIATRY,

       Defendant(s).

_____/

## ORDER GRANTING EX-PARTE MOTION TO STRIKE EXHIBIT F FROM COMPLAINT

      Before the Court is the above referenced motion filed by the Plaintiff.  The

plaintiff seeks to have exhibit F stricken from the complaint and replaced with a

redacted copy.  The Court has reviewed the complaint and has determined that Exhibit

F (D/E 1 pages 28-33 of the image) should be stricken.  Therefore,

      IT IS HEREBY ORDERED that the Clerk is directed to remove pages 28-33  from

the docket.

      IT IS FURTHER ORDERED that the Plaintiff re-file the redacted exhibit F.

      SO ORDERED.

Dated:February 1, 2007         s/ Avern Cohn_____
                             AVERN COHN
                             UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of
record on this date, February 1, 2007, by electronic and/or ordinary mail.

                               s/Julie Owens_____
                             Case Manager, (313) 234-5160